An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCO OSBORNE,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
SCOTT N. FREEMAN, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63646

FILED

JAN 1 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is an original petition for a writ of certiorari seeking review of the constitutionality of NRS 484C.160(7), Nevada's implied consent statute.

Petitioner Marco Osborne was tried and convicted in the justice court of driving under the influence of a prohibited substance. At trial, Osborne challenged the constitutionality of NRS 484C.160(7), which allows officers to use force to obtain a blood sample from a person suspected of driving under the influence of alcohol and/or a prohibited substance. The justice court determined that the statute was not unconstitutional. On appeal, the district court affirmed the justice court's decision.

"A writ of certiorari is an extraordinary remedy and the decision to entertain a petition for a writ of certiorari lies within the discretion of this court." *Zamarripa v. First Judicial Dist. Court,* 103 Nev.

638, 640, 747 P.2d 1386, 1387 (1987); *see also State ex rel. Schumacher v. First Judicial Dist. Court*, 77 Nev. 408, 411-12, 365 P.2d 646, 648 (1961) ("Although containing words of a mandatory nature with respect to when the writ shall be issued, NRS 34.020 does not curtail the right of this court to refuse to exercise its constitutional power when the necessity therefor does not appear."). We recently considered the constitutionality of the warrantless, nonconsensual search provided for in NRS 484C.160(7) and held it unconstitutional. *See Byars v. State*, 130 Nev. ___, ___, 336 P.3d 939, 946 (2014). As we have determined the constitutionality of NRS 484C.160(7), we conclude that writ review is unwarranted. Accordingly, we

ORDER the petition DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Scott N. Freeman, District Judge
      Washoe County Public Defender
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk